# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# NEWNAN DIVISION

| | |
|---|---|
| JULIAN KIM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE NO. |
| v. ) | 3:15-CV-00001-TCB |
| ) | |
| HANIL E-HWA INTERIOR SYSTEMS ) | |
| MANUFACTURING, INC., et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## STIPULATION OF DISMISSAL

It is hereby stipulated and agreed by and between the Plaintiff and the Defendants, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned civil action is hereby dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

*I certify that the originally executed document contains the signatures of all filers indicated herein and therefore represents consent for filing of this document.*

\*\*\* SIGNATURES ON FOLLOWING PAGE \*\*\*

SO STIPULATED, this ___5th___ day of December, 2016.

                                      CONSTANGY, BROOKS, SMITH
                                      & PROPHETE, LLP

                                      /s/ William M. Clifton III
                                      WILLIAM M. CLIFTON, III
                                      Georgia Bar No. 170176
                                      SUL AH KIM
                                      Georgia Bar No. 697119

577 Mulberry Street, Suite 710
P. O. Box 1975
Macon, GA  31202-1975
(478) 750-8600
(478) 750-8686 (fax)
bclifton@constangy.com
sakim@constangy.com

                                      MARX & MARX, LLC

                                      /s/ Robert N. Marx
                                      ROBERT N. MARX
                                      Georgia Bar No. 475276

                                      Counsel for Plaintiff

5555 Glenridge Connector
Suite 200
Atlanta, GA 30342
(404) 261-9559
lawyers@marxlawgroup.com